Larry R. Laycock (Utah State Bar No. 04868; E-mail: llaycock@mabr.com)
L. Rex Sears (Utah State Bar No. 08548; E-mail: rsears@mabr.com)
MASCHOFF BRENNAN LAYCOCK GILMORE ISRAELSEN & WRIGHT PLLC
201 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone:  (435) 252-1360
Facsimile:  (435) 252-1361

Attorneys for Third-Party Defendant, John Nichols

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| KENNETH RIDER and NATALIE RIDER, legal guardian, N.R., a minor<br><br>    Plaintiffs,<br><br>    vs.<br><br>KAWASAKI MOTORS CORP., U.S.A., a Delaware corporation, KAWASAKI HEAVY INDUSTRIES, LTD., a Japanese corporation, and H20 ZONE, LLC, an Arizona limited liability company,<br><br>    Defendants. | Civil Action No. 2:16-CV-01086-DBP<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>HON. DUSTIN B. PEAD, MAGISTRATE JUDGE |
| H20 ZONE, LLC,<br><br>    Third-Party Plaintiff,<br><br>    vs.<br><br>JOHN NICHOLS,<br><br>    Third-Party Defendant. | |

Notice is hereby given that attorney L. Rex Sears enters his appearance as counsel for

Third-Party Defendant, John Nichols in the above-captioned action.  Pursuant to Fed. R. Civ. P.

5, all further notice and copies of pleadings, service of papers and other material relevant to this action should include:

L. Rex Sears
*rsears@mabr.com*
MASCHOFF BRENNAN
201 So. Main Street, Suite 600
Salt Lake City, UT 84111

Dated:  February 16, 2017

By:  /s/ *L. Rex Sears*

Attorneys for Third-Party Defendant, John Nichols